UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RAVI SHARMA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),<br>TODD BLANCHE,<br>MARKWAYNE MULLIN,<br>JOSEPH B. EDLOW,<br>SARAH KENDALL,<br>TED H. KIM,<br><br>Defendants. | ) | No. 1:26-cv-02193-JRS-MJD |

**ORDER**

Plaintiff filed a Complaint against Defendants—United States Citizenship and Immigration Services (USCIS), Attorney General Todd Blanche, and others. (Compl., ECF No. 1.) Plaintiff submitted proposed summons with the Complaint that were issued to him for service on Defendants. Plaintiff did not propose the issuance of summons "to the United States attorney for the district where the action is brought," as required by Rule 4. The Court **orders** Plaintiff to effectuate proper service under Rule 4 by **January 6, 2027**, or the Complaint may be dismissed for lack of service.

Federal Rule 4 dictates how summons must be served. Subsection (i) lays out how a plaintiff suing the United States, its agencies, or its employees must effectuate service to these parties. In addition to serving the Attorney General of the United States, and the agency or employees, Rule 4 directs a plaintiff to serve the United

States in one of three ways: "deliver a copy of the summons and of the complaint [1] to the United States attorney for the district where the action is brought," or to "[2] an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk," or "[3] send a copy of [the summons and complaint] by registered or certified mail to the civil-process clerk at the United States attorney's office." Fed. R. Civ. P. 4(i)(1)(A)(i)–(ii). Subsection (m) gives a plaintiff 90 days after filing the complaint to effectuate service. *Id.* at (m).

Accordingly, the Court **orders** Plaintiff to properly serve the United States by **January 6, 2027**, or the Complaint may be dismissed for lack of service without further notice.

**SO ORDERED.**

Date: 10/15/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record